1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10  NATHANAEL KEITH,                    )  CASE NO. ED CV 12-120-JSL (PJW)
                                        )
11                 Petitioner,          )
                                        )  ORDER ACCEPTING REPORT AND
12          v.                          )  RECOMMENDATION OF UNITED STATES
                                        )  MAGISTRATE JUDGE AND DENYING
13  CAL. DEPT. OF CORRS. AND REHAB., )  CERTIFICATE OF APPEALABILITY
                                        )
14                 Respondent.          )
    _____)

15

16       Pursuant to 28 U.S.C. Section 636, the Court has reviewed the

17  Petition, records on file, and the Report and Recommendation of the

18  United States Magistrate Judge.  Further, the Court has engaged in a

19  *de novo* review of those portions of the Report to which Petitioner has

20  objected.  The Court accepts the findings and recommendation of the

21  Magistrate Judge.

22       Further, for the reasons stated in the Report and

23  Recommendation, the Court finds that Petitioner has not made a

24  substantial showing of the denial of a constitutional right and,

25  therefore, a certificate of appealability is denied.  *See* Rules

26  Governing Section 2254 Cases in the United States District Courts,

27

28

1   Rule 11(a); 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El*

2   *v. Cockrell*, 537 U.S. 322, 336 (2003).

3

4   DATED:      Nov. 27, 2012.

5

6

7                                            J. SPENCER LETTS
                                             UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   C:\Temp\notesE1EF34\Magord120.wpd