UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NATHANAEL KEITH, | ) | CASE NO. ED CV 12-120-JSL (PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| CAL. DEPT. OF CORRS. AND REHAB., | ) | |
| Respondent. | ) | |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED: <u>Nov. 27, 2012</u>.

*Spencer Letts*

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Mag Judgment 120.wpd