UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANAEL KEITH, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> CAL. DEPT. OF CORRS. AND REHAB., ) <br> ) <br> Respondent. ) <br>_____ ) | CASE NO. ED CV 12-120-JSL (PJW) <br><br> J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  <u>Nov. 27, 2012</u>.

*Spencer Letts*

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Mag Judgment 120.wpd